# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) CLAUDE WILKINSON,             )
(2) GARY L. WILLIAMS, and         )
(3) DIXIE WILLIAMS                )
                                  )
       Plaintiffs           )
v.                                )   Case No. CIV-2010-00392-R
                                  )
(4) JOHN W. BODE, Individually, and )
(5) DENISE A. BODE, Individually, )
                                  )
       Defendants.          )

## DEFENDANTS' WITNESS LIST

COMES NOW, Defendants' John W. Bode and Denise A. Bode (collective "Bode") and for their Final Witness List provide as follows:

| NO. | EXHIBIT | PROPOSED TESTIMONY |
|---|---|---|
| 1. | John W. Bode<br>c/o Phillips Murrah P.C.<br>Corporate Tower, 13th Floor<br>101 N. Robinson<br>Oklahoma City, OK  73102 | Has knowledge regarding the purchase agreement executed with Plaintiffs and subsequent offers.  Has knowledge regarding Plaintiffs' continued failure to close on the purchase of the property.  Has knowledge regarding the trespass by Plaintiffs on the property.  Has knowledge regarding the sale of the property.  Mr. Bode can be reached through my office. |

| No. | Exhibit | Proposed Testimony |
|---|---|---|
| 2. | Denise A. Bode<br>c/o Phillips Murrah P.C.<br>Corporate Tower, 13th Floor<br>101 N. Robinson<br>Oklahoma City, OK  73102 | Has knowledge regarding the purchase agreement executed with Plaintiffs and subsequent offers made by Plaintiffs to purchase the property.  Has knowledge regarding Plaintiffs' continued failure to close on the purchase of the property.  Has knowledge regarding the trespass by Plaintiffs on the property.  Has knowledge regarding the sale of the property.  Ms. Bode can be reached through my office. |
| 3. | Alene Kurtz<br>Kurtz Real Estate<br>1125 E. Davis<br>Weatherford, OK 73096<br>580-772-5881(ph)<br>580-772-0084(f). | Has knowledge regarding the negotiations with Defendants, as well as the purchase agreement and subsequent offers.  Has knowledge regarding Plaintiffs' continued failure to close on the purchase of the property.  Has knowledge regarding the trespass by Plaintiffs on the property |
| 4. | Brian Freeman, Deputy Sheriff – Canadian County.<br>Canadian County Sheriff's Office<br>El Reno, OK 73036 | Has knowledge regarding the trespass by Plaintiffs on the property. |
| 5. | Jackie Ogilvie, Old Republic Title.<br>Current address and contact information for Ms. Ogilvie is unknown to Defendants.  However, Ms. Ogilvie's email address is JOgilvie@OldRepublicTitle.com | Is believed to have knowledge regarding the attempts to coordinate a closing with the Plaintiffs on the property. Has knowledge regarding Plaintiffs' continued failure to close on the purchase of the property. |
| 6. | John Shelley<br>Bank of Union<br>Mr. Shelley's contact information is unknown at this time. | Is believed to have knowledge regarding Plaintiffs attempts to finance the purchase of the property. |

| No. | Exhibit | Proposed Testimony |
|---|---|---|
| 7. | Jackie Kurts | Has knowledge regarding negotiations with Defendants, as well as the Purchase Agreement and subsequent offers. Has knowledge regarding Plaintiffs' continued failure to close on the purchase of the property. Has knowledge regarding the trespass by Plaintiffs on the property. |
| 8. | Terry Bickford, Deputy Sheriff – Canadian County. Canadian County Sheriff's Office  El Reno, OK 73036 | Has knowledge regarding the trespass by Plaintiffs on the property. Deputy Bickford has knowledge of conversations with Mr. Williams regarding his placing the cattle on the property and promises to remove the cattle from the property. |
| 9. | Claude Wilkinson, Plaintiff. | Is believed to have knowledge regarding the negotiation of the purchase agreement, Plaintiffs' failure to close on the purchase, and Plaintiffs' trespass on the property. |
| 10. | Gary L. Williams, Plaintiff. | Is believed to have knowledge regarding the negotiation of the purchase agreement, Plaintiffs' failure to close on the purchase, and Plaintiffs' trespass on the property. |
| 11. | Dixie Williams, Plaintiff. | Is believed to have knowledge regarding the negotiation of the purchase agreement, Plaintiffs' failure to close on the purchase, and Plaintiffs' trespass on the property. |

Respectfully submitted,

*Juston R. Givens*
Juston R. Givens, OBA 19102
**Phillips Murrah P.C.**
Corporate Tower, 13th Floor
101 N. Robinson
Oklahoma City, Oklahoma 73102
jrgivens@phillipsmurrah.com
Tel: 405-235-4100
Fax: 405-235-4133
***Attorney for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

M. Michael Arnett, Esq.
Arnett Law Firm
3133 N.W. 63rd St.
Oklahoma City, OK  73116

***Attorney for Plaintiffs***

                *s/ Juston R. Givens*